UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR., | No. 2:13-cv-0559 JAM DAD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On October 17, 2014, this matter came before the undersigned for hearing of defendants' motion to compel discovery. Attorney Stewart Katz appeared on behalf of the plaintiff. There was no appearance by, or on behalf of, any of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

    1. Defendants' motion to compel (Dkt. No. 21) is granted; and

    2. Plaintiff shall produce the discovery to the defendants on or before October 31, 2014.

Dated: October 17, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\reese0559.oah.101714.docx

1