UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR., | No. 2:13-cv-0559 JAM DAD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On November 14, 2014, this matter came before the undersigned for hearing of defendants' motion for an independent medical examination. Attorney Stewart Katz appeared on behalf of the plaintiff and attorney Taylor Rhoan appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an independent medical examination (Dkt. No. 24) is granted;

2. Defendants shall arrange suitable transportation for plaintiff and his attorney to and from the medical examination and reimburse plaintiff for the cost of that transportation up to

/////

/////

/////

1

the amount of $750.  In doing so, defendants accept no liability with respect to the transportation provided to plaintiff and his counsel.

Dated:  November 14, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\reese0559.oah.111414.docx