**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
Tel: (916) 444-5678

Attorney for Plaintiff
ROBERT I. REESE, JR.

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JOSEPH MILLICAN, ZACHARY ROSE, and DUNCAN BROWN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT I. REESE, JR.,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220); Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832); Sacramento County Sheriff's Department Sergeant JOSEPH MILLICAN (Badge #246); and Sacramento County Sheriff SCOTT JONES.<br><br>                    Defendants.<br>_____/ | Case No.: 2:13-cv-00559-JAM-DAD<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**Scheduling Order entered on: 05/10/2013** |

1

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
{01337616.DOC}

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT REESE and Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JOSEPH MILLICAN, ZACHARY ROSE, and DUNCAN BROWN, by and through their undersigned Counsel, pursuant to Local Rule 143 as follows:

1.      The parties respectfully request that the District Court modify the Pretrial Scheduling Order to continue discovery deadlines to allow for additional time to conduct discovery of expert witnesses, based on good cause appearing as more fully set forth below.

2.      The parties have previously modified discovery and expert disclosure deadlines on two prior occasions by Stipulation and Order on March 5, 2014 (Document 18) and June 17, 2014 (Document 20.) The other deadlines including the dates originally set for trial, pretrial conference and dispositive hearing, as well as the associated deadlines, were previously modified by the Scheduling Order on June 17, 2014 (Document 20.)

3.      Due to the large number of witnesses and potential experts has complicated the deadlines for disclosure and thus intruded on the time to conduct expert depositions, expert discovery and prepare expert reports.  In addition, unexpected expert and scheduling complications have rendered the current discovery dates unworkable. The parties submit good cause exists to further modify the scheduling order to amend discovery deadlines only by two weeks each.

4.      Therefore, the parties respectfully submit that good cause exists to amend the discovery deadlines of the Pretrial Scheduling Order dated June 17, 2014, as follows:

| **Deadline** | **Old Date** | **New Date** |
|---|---|---|
| Expert witness disclosure deadline | February 13, 2015 | February 27, 2015 |
| Supplemental and Rebuttal witness disclosure deadline | February 20, 2015 | March 13, 2015 |
| Close of discovery | April 17, 2015 | April 30, 2015 |
| Dispositive motion filing | June 3, 2015 | Unmodified |
| Dispositive motion hearing | July 1, 2015 at 9:30 a.m | Unmodified |
| Joint Pretrial Statement due | July 31, 2015 | Unmodified |
| Pretrial Conference | August 7, 2015 at 11:00 a.m. | Unmodified |

2

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
{01337616.DOC}

| Trial | September 14, 2015 at 9:00 a.m. | Unmodified |
|-------|----------------------------------|------------|

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Dated: January 2, 2015                    LAW OFFICE OF STEWART KATZ


                              By     /s/ Stewart Katz    as authorized on 12/30/14
                                     Stewart Katz
                                     Attorney for Plaintiff ROBERT REESE


Dated: January 2, 2015                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION


                              By     /s/ John R. Whitefleet
                                     John R. Whitefleet
                                     Taylor W. Rhoan
                                     Attorneys for Defendants COUNTY OF
                                     SACRAMENTO, DEPUTY DUNCAN BROWN,
                                     DEPUTY ZACHARY ROSE, DEPUTY JOSEPH
                                     MILLICAN, and SHERIFF SCOTT JONES


## ORDER

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Scheduling Order, be modified with the new schedule as set forth above.

IT IS SO ORDERED.


Dated: 1/2/2015                              /s/ John A. Mendez
                                             United States District Court Judge


3

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER
{01337616.DOC}