1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT I. REESE, JR.,                    No.  2:13-cv-0559 JAM DAD

12              Plaintiff,

13        v.                                  ORDER

14   COUNTY OF SACRAMENTO, et al.,

15              Defendants.

16

17        On March 20, 2015, this matter came before the undersigned for hearing of plaintiff's

18   motion for leave to exceed the deposition limit and motion to compel.  Attorney Stewart Katz

19   appeared on behalf of the plaintiff and attorneys John Whitefleet and Taylor Rhoan appeared on

20   behalf of the defendants.

21        Upon consideration of the arguments on file and at the hearing, and for the reasons set

22   forth on the record at the hearing, IT IS HEREBY ORDERED that:

23        1.  Plaintiff's motion for leave to exceed the ten deposition limit (Dkt. No. 32) is granted

24   in part and denied in part as stated on the record; and

25        2.  Plaintiff's motion to compel (Dkt. No. 33) is denied without prejudice to renewal.

26   Dated:  March 21, 2015

27

28   DAD:6
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\reese0559.oah.032015.docx