**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JOSEPH MILLICAN, ZACHARY ROSE, and DUNCAN BROWN

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: (916) 444-5678

**LAW OFFICE OF DALE K. GALIPO**
Dale K. Galipo, SBN #144074
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
TEL: (818) 347-3333

Attorneys for Plaintiff
ROBERT I. REESE, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR., | Case No.: 2:13-cv-00559-JAM-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND EXERT DISCOVERY** |
| vs. | |
| COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220); Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832); Sacramento County Sheriff's Department Sergeant JOSEPH MILLICAN (Badge #246); and Sacramento County Sheriff SCOTT JONES. | **Order entered on: 05/10/2013** |
| Defendants. | |

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY**
{01400000.DOC}

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT REESE and Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JOSEPH MILLICAN, ZACHARY ROSE, and DUNCAN BROWN, by and through their undersigned Counsel, pursuant to Local Rules 143 as follows:

1. The parties respectfully request that the District Court modify the Pretrial Scheduling Order to extend expert discovery to allow for additional time to conduct depositions of one of Defendants' expert witnesses, based on good cause appearing as more fully set forth below.

2. Plaintiff agrees to extend the expert discovery deadline and allow Defendants up to and including May 30, 2015, to produce Defense Expert Peter Valentin. The close of discovery deadline is currently April 30, 2015. This extension shall not apply to any other expert or deadline, except as previously ordered for Dr. Bigelow.

3. Good cause exists to extend time due to the Court's recent order dated March 23, 2015, to allow 10 additional depositions to go forward (Document 45) as well as the availability and scheduling conflicts of experts and counsel. The parties have scheduled 16 depositions in the month of April, including Rule 30(b)(6) depositions, and the depositions of non-retained and retained experts. Only two of which are now unable to move forward prior to the close of discovery due to conflicts. In addition, Counsel has had to travel to San Diego, Chicago, San Francisco, Hayward and now Connecticut in order to take and defend these depositions which has posed an addition challenge in scheduling them all in this limited amount of time. Accommodating Counsel's schedule, travel, the additional depositions allowed, and the experts' conflicts and availability have made it difficult, if not impossible to complete all expert depositions prior to April 30, 2015. The parties submit good cause exists to further modify the scheduling order to allow defense expert, Peter Valentin, to be deposed by May 30, 2015.

4. The parties have previously modified discovery and expert disclosure deadlines on four prior occasions by Stipulation and Order on March 5, 2014 (Document 18), June 17, 2014 (Document 20), January 5, 2015 (Document 31) and April 17, 2015 (Document 50.) The other deadlines including the dates originally set for trial, pretrial conference and dispositive hearing, as well as the associated deadlines, was previously modified by the Scheduling Order on June 17, 2014 (Document 20.)

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Dated: April 30, 2015          LAW OFFICES OF STEWART KATZ

                               By      /s/ Stewart Katz (as authorized on 4/30/15)
                                       Stewart Katz
                                       Attorney for Plaintiff ROBERT REESE

Dated: April 30, 2015          LAW OFFICE OF DALE K. GALIPO

                               By      /s/ Dale K. Galipo (as authorized on 4/30/15)
                                       Dale K. Galipo
                                       Attorney for Plaintiff ROBERT REESE

Dated: April 30, 2015          PORTER SCOTT
                               A PROFESSIONAL CORPORATION

                               By      /s/ John R. Whitefleet
                                       John R. Whitefleet
                                       Taylor W. Rhoan
                                       Attorneys for Defendants
                                       COUNTY OF SACRAMENTO, DEPUTY DUNCAN
                                       BROWN, DEPUTY ZACHARY ROSE, DEPUTY
                                       JOSEPH MILLICAN, and SHERIFF SCOTT JONES

# **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Scheduling Order, be modified and expert discovery be extended from April 30, 2015 to May 30, 2015, for the sole purpose of producing Defense Expert Peter Valentin for deposition.

IT IS SO ORDERED.

Dated: 4/30/2015                               /s/ John A. Mendez_____
                                                United States District Court Judge