**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
Tel: (916) 444-5678

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Thomas C. Seabaugh, SBN 272458
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333

Attorneys for Plaintiff
ROBERT I. REESE, JR.

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JOSEPH MILLICAN, ZACHARY ROSE, and DUNCAN BROWN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT I. REESE, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220); Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832); Sacramento County Sheriff's Department Sergeant JOSEPH MILLICAN (Badge #246); and Sacramento County Sheriff SCOTT JONES; DOES I through XV, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00559-JAM-DAD<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>**Scheduling Order entered on: 05/10/2013** |

{01442304.DOC}  1

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER AND CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT REESE and Defendants COUNTY OF SACRAMENTO, ZACHARY ROSE, and DUNCAN BROWN, by and through their undersigned Counsel, pursuant to Local Rule 143 as follows:

1. The parties respectfully request that the District Court modify the Pretrial Scheduling Order to continue the Pretrial Conference to August 21, 2015 and continue the date of trial to October 26, 2015, based on good cause appearing as more fully set forth below.

2. The parties have previously modified discovery and expert disclosure deadlines on five prior occasions by Stipulation and Order on March 5, 2014 (Document 18), June 17, 2014 (Document 20), January 5, 2015 (Document 31), April 17, 2015 (Document 50) and on May 1, 2015 (Document 53). The other deadlines including the dates originally set for trial, pretrial conference and dispositive hearing, as well as the associated deadlines, was previously modified by the Scheduling Order on June 17, 2014 (Document 20.)

3. On July 22, 2015, the Court issued a Minute Order continuing the Pretrial Conference from August 7, 2015 to August 14, 2015, due to the Court's trial schedule. Counsel for Defendants has a conflict with the date of the Pretrial Conference currently set for August 14, 2015, due to a previously scheduled trial in Stanislaus County. The parties submit good cause exists to further modify the scheduling order to continue the date of the Pretrial Conference and Trial.

4. Therefore, the parties respectfully submit that good cause exists to amend the discovery deadlines of the Pretrial Scheduling Order dated June 17, 2014, as follows:

| **Deadline** | **Old Date** | **New Date** |
|---|---|---|
| Joint Pretrial Statement Due | July 31, 2015 | August 14, 2015 |
| Pretrial Conference | August 7, 2015 at 11:00 a.m. | August 21, 2015 at 10:00 a.m. |
| Trial | September 14, 2015 at 9:00 a.m. | October 26, 2015 at 9:00 a.m. |

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

//

//

IT IS SO STIPULATED.

Dated: August 5, 2015                         LAW OFFICE OF STEWART KATZ

                                    By      /s/ Stewart Katz  (as authorized on 8/5/15)
                                             Stewart Katz
                                             Attorney for Plaintiff ROBERT REESE

Dated: August 5, 2015                         LAW OFFICES OF DALE K. GALIPO

                                    By      /s/ Dale K. Galipo (as authorized on 8/5/15)
                                             Dale K. Galipo
                                             Thomas C. Seabaugh
                                             Attorneys for Plaintiff ROBERT REESE

Dated:  August 5, 2015                        PORTER SCOTT
                                              A PROFESSIONAL CORPORATION

                                    By      /s/ John R. Whitefleet
                                             John R. Whitefleet
                                             Taylor W. Rhoan
                                             Attorneys for Defendants COUNTY OF
                                             SACRAMENTO, SCOTT JONES, JOSEPH
                                             MILLICAN, ZACHARY ROSE, and DUNCAN
                                             BROWN

## **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Scheduling Order, be modified with the new schedule as set forth above.

IT IS SO ORDERED.

Dated: 8/5/2015                               /s/ John A. Mendez
                                              Honorable John A. Mendez
                                              United States District Court Judge

{01442304.DOC}                         3

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER AND CONTINUE
PRETRIAL CONFERENCE AND TRIAL DATE**