LAW OFFICE OF STEWART KATZ
Stewart Katz, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: 916.444.5678
FAX: 916.444.3364

LAW OFFICE OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
Thomas Seabaugh, SBN 272458
21800 Burbank Blvd., #310
Woodland Hills, CA 91367
TEL: 818.347.3333
FAX: 818.347.4118

Attorneys for Plaintiff, ROBERT I. REESE, JR.

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JOSEPH MILLICAN, ZACHARY ROSE, and DUNCAN BROWN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR., | Case No.: 2:13-cv-00559-JAM-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY FINAL PRETRIAL ORDER DEADLINE RE: DEADLINE TO FILE AND SERVE OBJECTIONS TO EXHIBITS** |
| vs. | |
| COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220); Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832); Sacramento County Sheriff's Department Sergeant JOSEPH MILLICAN (Badge #246); and Sacramento County Sheriff SCOTT JONES. | **Order entered on: 05/10/2013** |
| Defendants. / | |

1

**STIPULATION AND [PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER DEADLINE RE: DEADLINE TO FILE AND SERVE OBJECTIONS TO EXHIBITS**

{01453013.DOC}

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT REESE and Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JOSEPH MILLICAN, ZACHARY ROSE, and DUNCAN BROWN, by and through their undersigned Counsel, pursuant to Local Rules 143 as follows:

1. The parties respectfully request that the District Court modify the Final Pretrial Order to move the deadline to file and serve objections to exhibits from Saturday, October 17, 2015 to Monday, October 19, 2015.

2. The Final Pretrial Order specifies that Exhibits must be exchanged between the parties fourteen (14) days before the October 26, 2015 trial date.  That sets the date for exchange to October 12, 2015.

3. The Final Pretrial Order further provides that each party shall file and serve brief objections to the exhibits five days (5) after the exchange of exhibits.  By the parties' calculation, that sets the date to file and serve objections to Saturday October 17, 2015.

4. Good cause exists to extend time due to continue the deadline two days, to Monday October 19, 2015, due to the fact that the current filing deadline falls on a Saturday.  There are also several other filings that the parties will be submitting to the Court on October 19, 2015.

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Dated: August 28, 2015           /s/ Stewart Katz___
                                 Dale K. Galipo
                                 Thomas Seabaugh
                                 Stewart Katz
                                 Attorneys for Plaintiff
                                 ROBERT REESE

**STIPULATION AND [PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER DEADLINE RE: DEADLINE TO FILE AND SERVE OBJECTIONS TO EXHIBITS**
{01453013.DOC}

Dated: August 28, 2015

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ John R. Whitefleet
John R. Whitefleet
Lauren E. Calnero
Attorneys for Defendants COUNTY OF SACRAMENTO, DEPUTY DUNCAN BROWN, DEPUTY ZACHARY ROSE, DEPUTY JOSEPH MILLICAN, and SHERIFF SCOTT JONES

## **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for objections to exhibits to be filed and served is moved from October 17, 2015 to October 19, 2015.

IT IS SO ORDERED.

Dated: 8/28/2015

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER DEADLINE RE: DEADLINE TO FILE AND SERVE OBJECTIONS TO EXHIBITS**

{01453013.DOC}