UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR. | No. 2:13-cv-00559 JAM DAD |
| Plaintiff, | |
| v. | **CASE REASSIGNMENT ORDER** |
| COUNTY OF SACRAMENTO, et al | |
| Defendants. | |

As a result of numerous trials set before this Court, United States District Judge Garland E. Burrell, Jr., has agreed to preside over the trial of this action. The transfer of this case to Judge Burrell is pursuant to Eastern District of California Local Rule, Appendix A(f)(1).

DATED: October 14, 2015

/s/ John A. Mendez
JOHN A. Mendez
United States District Court Judge

1  Upon Acceptance of this reassignment by Judge Burrell, the
2  Clerk of this Court shall make appropriate adjustments in the
3  assignment of civil cases to reflect this reassignment, and all
4  documents in this action shall thereafter be denominated 2:13-cv-
5  00559 GEB DAD.
6  I accept this reassignment as set forth above and order that
7  the matter be set for jury trial on Tuesday, October 27, 2015 at
8  9:00 a.m. in Courtroom #10.

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2