FILED
NOV - 6 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220), and Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832),<br><br>　　　　Defendants. | No.　2:13-cv-00559-GEB-DAD<br><br>**REVISED VERDICT FORM** |

　　WE THE JURY UNANIMOUSLY FIND THE FOLLOWING VERDICT ON THE SUBMITTED QUESTIONS:

　　**Question No. 1:**　Does Plaintiff prevail on his Fourth Amendment excessive force claim against

　　　Defendant Brown　　　　____ YES　　✓ NO

　　　Defendant Rose　　　　✓ YES　　____ NO

(*Continue to Question No. 2.*)


　　**Question No. 2:**　Does Plaintiff prevail on his battery claim against

　　　Defendant Brown　　　　____ YES　　✓ NO

　　　Defendant Rose　　　　✓ YES　　____ NO

　　　Defendant County of Sacramento　　✓ YES　　____ NO

(*Continue to Question No. 3.*)

1

1   **Question No. 3:**   Does Plaintiff prevail on his Bane Act
2   claim against
3       Defendant Brown                    ____ YES    ✓ NO
4       Defendant Rose                     ✓ YES       ____ NO
5       Defendant County of Sacramento     ✓ YES       ____ NO
6   (If you answered "yes" to any part of Question No. 1, 2, or 3,
7   continue to Question No. 4. If you answered "no" to each part of
8   Questions 1-3, then proceed to the last page and sign, date, and
9   return this verdict form.)
10
11   **Question No. 4:**   What amount of compensatory damages do
12   you award Plaintiff?
13       Past Medical Expenses          $ 34,340
14
15       Past Non-Economic Loss         $ 350,000
16       (Past loss of enjoyment of life and pain and suffering)
17
18       Future Non-Economic Loss       $ 150,000
19       (Future loss of enjoyment of life and pain and suffering)
20
21       **TOTAL**                      $ 534,340
22   (If you answered "yes" to any part of Question No. 1, continue to
23   Question No. 5. If you answered "no" to each part of Question No.
24   1, then proceed to the last page and sign, date, and return this
25   verdict form.)
26
27
28

1    **Question No. 5:**   Did Plaintiff rapidly open the door
2    after Deputy Rose knocked?
3         ____ YES         ✓ NO
4    *(Continue to Question No. 6.)*
5
6    **Question No. 6:**   At the time Plaintiff opened the door,
7    did he have a knife in his hand in an elevated position?
8         ✓ YES            ____ NO
9    *(Continue to Question No. 7.)*
10
11   **Question No. 7:**   Did any part of Plaintiff's body cross
12   the threshold of the door prior to the first shot?
13        ✓ YES            ____ NO
14   *(Continue to Question No. 8.)*
15
16   **Question No. 8:**   Did Plaintiff brandish the knife at
17   Deputy Rose?
18        ____ YES         ✓ NO
19   *(If you answered "yes," continue to Question No. 9. If you*
20   *answered "no," proceed to Question No. 10.)*
21
22   **Question No. 9:**   Did Plaintiff brandish the knife at
23   Deputy Rose in a threatening manner?
24        ____ YES         ✓ NO
25   *(Continue to Question No. 10.)*
26
27
28

3

1   **Question No. 10:**   Did Deputy Brown's rifle round hit
2   Plaintiff?
3   \_\_\_\_ YES      ✓ NO
4   *(Continue to Question No. 11.)*
5
6   **Question No. 11:**   Did Deputy Rose's pistol round hit
7   Plaintiff?
8   ✓ YES      \_\_\_\_ NO
9   *(Continue to Question No. 12.)*
10
11  **Question No. 12:**   At the time Deputy Brown fired his shot,
12  did Plaintiff have a knife in his hand and was his arm engaged in
13  a position to immediately stab Deputy Rose?
14  \_\_\_\_ YES      ✓ NO
15  *(Continue to Question No. 13.)*
16
17  **Question No. 13:**   At the time Deputy Rose fired his shot,
18  did he see Plaintiff's hands?
19  \_\_\_\_ YES      ✓ NO
20  *(If you answered "yes," answer subpart (a) of this question. If
21  you answered "no," continue to Question No. 14.)*
22
23            **(a):**      At the time Deputy Rose fired his shot, did
24                          Deputy Rose see a knife in Plaintiff's
25                          hand?
26                          \_\_\_\_ YES      \_\_\_\_ NO
27  *(Continue to Question No. 14.)*
28

**Question No. 14:** At the time Deputy Rose fired his shot, did it appear that Plaintiff posed an immediate threat of death or serious physical injury to Deputy Rose?

\_\_\_\_ YES      ✓ NO

*(Sign, date, and return this verdict form.)*

Dated this  6  day of November, 2015.

_____
PRESIDING JUROR