FILED
NOV - 6 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220), and Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832),<br><br>    Defendants. | No.   2:13-cv-00559-GEB-DAD<br><br>**REVISED VERDICT FORM** |

WE THE JURY UNANIMOUSLY FIND THE FOLLOWING VERDICT ON THE SUBMITTED QUESTIONS:

**Question No. 1:**   Does Plaintiff prevail on his Fourth Amendment excessive force claim against

    Defendant Brown      ___ YES      ✓ NO

    Defendant Rose      ✓ YES      ___ NO

(*Continue to Question No. 2.*)

**Question No. 2:**   Does Plaintiff prevail on his battery claim against

    Defendant Brown      ___ YES      ✓ NO

    Defendant Rose      ✓ YES      ___ NO

    Defendant County of Sacramento      ✓ YES      ___ NO

(*Continue to Question No. 3.*)

1

**Question No. 3:**    Does Plaintiff prevail on his Bane Act claim against

| | | |
|---|---|---|
| Defendant Brown | ___ YES | ✓ NO |
| Defendant Rose | ✓ YES | ___ NO |
| Defendant County of Sacramento | ✓ YES | ___ NO |

(If you answered "yes" to any part of Question No. 1, 2, or 3, continue to Question No. 4. If you answered "no" to each part of Questions 1-3, then proceed to the last page and sign, date, and return this verdict form.)

**Question No. 4:**    What amount of compensatory damages do you award Plaintiff?

Past Medical Expenses         $ 34,340

Past Non-Economic Loss        $ 350,000
(Past loss of enjoyment of life and pain and suffering)

Future Non-Economic Loss      $ 150,000
(Future loss of enjoyment of life and pain and suffering)

**TOTAL**                     $ 534,340

(If you answered "yes" to any part of Question No. 1, continue to Question No. 5. If you answered "no" to each part of Question No. 1, then proceed to the last page and sign, date, and return this verdict form.)

**Question No. 5:** Did Plaintiff rapidly open the door after Deputy Rose knocked?

\_\_\_\_ YES    ✓ NO

(*Continue to Question No. 6.*)

**Question No. 6:** At the time Plaintiff opened the door, did he have a knife in his hand in an elevated position?

✓ YES    \_\_\_\_ NO

(*Continue to Question No. 7.*)

**Question No. 7:** Did any part of Plaintiff's body cross the threshold of the door prior to the first shot?

✓ YES    \_\_\_\_ NO

(*Continue to Question No. 8.*)

**Question No. 8:** Did Plaintiff brandish the knife at Deputy Rose?

\_\_\_\_ YES    ✓ NO

(*If you answered "yes," continue to Question No. 9. If you answered "no," proceed to Question No. 10.*)

**Question No. 9:** Did Plaintiff brandish the knife at Deputy Rose in a threatening manner?

\_\_\_\_ YES    ✓ NO

(*Continue to Question No. 10.*)

1   **Question No. 10:**   Did Deputy Brown's rifle round hit
2   Plaintiff?
3   \_\_\_\_ YES        ✓ NO
4   (*Continue to Question No. 11.*)
5
6   **Question No. 11:**   Did Deputy Rose's pistol round hit
7   Plaintiff?
8   ✓ YES        \_\_\_\_ NO
9   (*Continue to Question No. 12.*)
10
11  **Question No. 12:**   At the time Deputy Brown fired his shot,
12  did Plaintiff have a knife in his hand and was his arm engaged in
13  a position to immediately stab Deputy Rose?
14  \_\_\_\_ YES        ✓ NO
15  (*Continue to Question No. 13.*)
16
17  **Question No. 13:**   At the time Deputy Rose fired his shot,
18  did he see Plaintiff's hands?
19  \_\_\_\_ YES        ✓ NO
20  (*If you answered "yes," answer subpart (a) of this question. If*
21  *you answered "no," continue to Question No. 14.*)
22
23          **(a):**   At the time Deputy Rose fired his shot, did
24                 Deputy Rose see a knife in Plaintiff's
25                 hand?
26                 \_\_\_\_ YES        \_\_\_\_ NO
27  (*Continue to Question No. 14.*)
28

4

1  **Question No. 14:** At the time Deputy Rose fired his shot,
2  did it appear that Plaintiff posed an immediate threat of death
3  or serious physical injury to Deputy Rose?
4  _____ YES    ✓ NO
5  (*Sign, date, and return this verdict form.*)

7  Dated this __6__ day of November, 2015.

   _____
   PRESIDING JUROR