UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR.,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220), and Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832),<br><br>        Defendants. | No.  2:13-cv-00559-GEB-DAD<br><br>**ORDER VACATING JUDGMENT** |

Judgment entered on November 9, 2015, is vacated since the judgment that will be entered in this case is governed by Federal Rule of Civil Procedure 58(b)(2)(A),[1] rather than Federal Rule of Civil Procedure 58(b)(1)(A). The Court mistakenly authorized judgment to be entered prematurely under the latter rule, which applies to the entry of judgment following the return of a general verdict. In this case, the jury returned a general verdict with answers to written questions. Therefore, the former rule applies.

---

[1] Federal Rule of Civil Procedure 58(b)(2)(A) prescribes: "Subject to Rule 54(b), the court must promptly approve the form of the judgment, which the clerk must promptly enter, when: (A) the jury returns a special verdict or a general verdict with answers to written questions . . . ."

Since the judgment has been vacated, within ten days from the date on which this Order is filed, the parties shall file a <u>joint</u> proposed judgment consistent with the jury's verdict and responses to the written questions, or separate proposed judgments, if agreement cannot be reached on a joint proposed judgment, or a brief explaining the procedure that should be adopted in light of the jury's general verdict with answers to questions.

Dated:  November 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge