UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR.,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220); Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832),<br><br>        Defendants. | No. 2:13-cv-00559-GEB-KJN<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING ON DEFENDANTS' BRIEFING REGARDING QUALIFIED IMMUNITY** |

On December, 8, 2015, Defendant Zachary Rose submitted "briefing regarding qualified immunity in light of the jury answers to written questions." (Defs.' Briefing Regarding Qualified Immunity 1:24, ECF No. 187.)[1] Defendant Rose asserts he is entitled to qualified immunity because he had probable cause to use deadly force; however, Defendant Rose does not specifically address whether this assertion is congruous with the jury's answer to written question number 14, which is as follows:

---

[1] Defendant County of Sacramento also states that it is briefing Defendant Rose's qualified immunity defense but Defendant County of Sacrament does not have standing to brief this issue; therefore, its arguments are disregarded, and Defendant County of Sacramento shall not brief this issue again. See Brandon v. Holt, 469 U.S. 464, 473 (1985) ("[A] municipality is not entitled to the shield of qualified immunity from liability under § 1983 . . . .")

1

"**Question No. 14:** At the time Deputy Rose fired his shot, did it appear that Plaintiff posed an immediate threat of death or serious physical injury to Deputy Rose?

YES _____ NO ___X_____"

(Revised Verdict Form, ECF No. 164.)

Focus on what the jury decided in the general verdict with answers to written questions appears essential in light of Federal Rule of Civil Procedure 49(b)(2)'s following requirement: "When the general verdict and the [jury] answers are consistent, the court must approve, for entry under Rule 58, an appropriate judgment on the verdict and answers."

Therefore, Defendant Rose shall file a brief concerning the referenced issues on or before December 17, 2015. Plaintiff's responses to both Defendant Rose's December 8, 2015 filing and Defendant Rose's supplemental briefing shall be filed on or before January 4, 2016. Defendant Rose's reply, if any, shall be filed no later than January 11, 2016. The hearing on the motion is scheduled to commence at 9:00 AM on January 12, 2016.

Dated: December 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge