## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ROBERT I. REESE, JR.,**

        v.

CASE NO: **2:13–CV–00559–GEB–KJN**

**COUNTY OF SACRAMENTO, ET AL.,**

**XX –– Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 11/6/2015**

                                     **Marianne Matherly**
                                     Clerk of Court

ENTERED: **January 15, 2016**

                        by: /s/ M. Marciel
                               Deputy Clerk