UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT I. REESE, JR., <br><br>   Plaintiff, <br><br>   v. <br><br> COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220), and Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832), <br><br>   Defendants. | NO. 2:13-cv-559 WBS DB <br><br> ORDER |

----oo0oo----

In light of the Ninth Circuit's remand of this case for a new trial on plaintiff's Bane Act claim, the court hereby orders a Status Conference set for August 27, 2018 at 1:30 p.m. in Courtroom 5. No later than August 20, 2018, the parties shall meet and confer and submit a Joint Status Report setting forth the status of this case, proposed deadlines, a proposed trial

1

date, and any other issues that the parties think need to be addressed at the August 27, 2018 status conference.

IT IS SO ORDERED.

Dated: July 27, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE