UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT I. REESE, JR., <br> Plaintiff, <br> v. <br> COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220), and Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832), <br> Defendants. | NO. 2:13-cv-559 WBS DB <br><br> ORDER |

----oo0oo----

Pursuant to the status conference held on August 27, 2018, this case is set for trial on plaintiff's Bane Act claim on November 6, 2018, at 9:00 a.m. in Courtroom 5. Defendants' brief regarding specific intent under the Bane Act and the enforceability of the judgment in this case shall be filed by September 17, 2018. Plaintiff's brief in response shall be filed by October 1, 2018. Any reply by defendants shall be filed by

1

October 9, 2018.  The matter is set for further status conference on October 22, 2018 at 1:30 p.m.

IT IS SO ORDERED.

Dated: August 27, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE