LAW OFFICE OF STEWART KATZ
Stewart Katz, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: 916.444.5678
FAX: 916.444.3364

LAW OFFICE OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
Thomas Seabaugh, SBN 272458
21800 Burbank Blvd., #310
Woodland Hills, CA 91367
TEL: 818.347.3333
FAX: 818.347.4118

Attorneys for Plaintiff, ROBERT I. REESE, JR.

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, ZACHARY ROSE and DUNCAN BROWN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR., | Case No.: 2:13-cv-00559-WBS-DB |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE FOR DISPOSITIVE DOCUMENTS** |
| vs. | |
| COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220); Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832). | **Order entered on: 05/10/2013** |
| Defendants. / | |

---

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DISPOSITIVE DOCUMENTS**
{01924579.DOC}

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT REESE and Defendants COUNTY OF SACRAMENTO, ZACHARY ROSE and DUNCAN BROWN ("Defendants"), by and through their undersigned Counsel, as follows:

1. Good cause exists to continue the deadline for dispositive documents from November 19, 2018 to December 7, 2018 as counsel for Defendants are just currently waiting for the settlement check which is anticipated to be drawn after the Thanksgiving holiday, and the parties have agreed to continue the deadline to December 7, 2018.

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

Dated: November 19, 2018        /s/ Stewart Katz (*authorized on 11/19/18*)
                                Dale K. Galipo
                                Thomas Seabaugh
                                Stewart Katz
                                Attorneys for Plaintiff
                                ROBERT REESE


Dated: November 20, 2018        PORTER SCOTT
                                A PROFESSIONAL CORPORATION


                          By    /s/ John R. Whitefleet
                                John R. Whitefleet
                                Attorneys for Defendants COUNTY OF
                                SACRAMENTO, DEPUTY DUNCAN BROWN and
                                DEPUTY ZACHARY ROSE

## **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for dispositive documents is continued to December 7, 2018. The Status Conference is continued to December 17, 2018 at 1:30 p.m. pending the parties' filing of the stipulation of dismissal.

IT IS SO ORDERED.

**Dated: November 20, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE