LAW OFFICE OF STEWART KATZ
Stewart Katz, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: 916.444.5678
FAX: 916.444.3364

LAW OFFICE OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
Melanie T. Partow, SBN 254843
21800 Burbank Blvd., #310
Woodland Hills, CA 91367
TEL: 818.347.3333
FAX: 818.347.4118

Attorneys for Plaintiff, ROBERT I. REESE, JR.

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, ZACHARY ROSE and DUNCAN BROWN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. REESE, JR., | Case No.: 2:13-cv-00559-WBS-DB |
| Plaintiff, | **STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Deputy DUNCAN BROWN (Badge #1220); Sacramento County Sheriff's Department Deputy ZACHARY ROSE (Badge #832). | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT I. REESE, JR., by and through his undersigned counsel, and all Defendants by and through their undersigned counsel, that all claims by Plaintiff ROBERT I. REESE, JR. alleged against all Defendants be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED that the case has been settled in full pursuant to the terms of a settlement agreement between the parties.

**IT IS SO STIPULATED.**

Dated: December 7, 2018         /s/ Stewart Katz (*authorized on 12/7/18*)
                                Dale K. Galipo
                                Melanie T. Partow
                                Stewart Katz
                                Attorneys for Plaintiff
                                ROBERT REESE

Dated: December 7, 2018         PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                         By     /s/ John R. Whitefleet
                                John R. Whitefleet
                                Attorneys for Defendants COUNTY OF
                                SACRAMENTO, DEPUTY DUNCAN BROWN and
                                DEPUTY ZACHARY ROSE

**ORDER**

**IT IS SO ORDERED.**

**Dated: December 7, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE